No. 587. HAFFA *v.* UNITED STATES. March 3, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. John D. Boddie* for petitioner. *Attorney General Mitchell, Assistant Attorney General Youngquist, Messrs. Claude R. Branch, John J. Byrne,* and *Paul D. Miller* for the United States.

No. 588. ALABAMA CHEMICAL Co. *v.* INTERNATIONAL AGRICULTURAL CORP. March 3, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. S. H. Dent* and *Fred S. Ball* for petitioner. *Messrs. B. P. Crum, John D. Little,* and *Marion Smith* for respondent.

No. 707. RISHEL *v.* COUNTY OF MCPHERSON, KANSAS, ET AL. March 3, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Minnie Rishel, pro se.* No appearance for respondents.

No. 592. ATLANTIC COAST LINE R. Co. *v.* FLORIDA EX REL. DAVIS, ATTORNEY GENERAL, ET AL. March 12, 1930. Petition for writ of certiorari to the Supreme Court of Florida denied. *Messrs. F. B. Grier, W. E. Kay,* and *Thomas B. Adams* for petitioner. *Messrs. Fred H. Davis* and *Theodore T. Turnbull* for respondents.